AHM/REP April 2007
GJ# 4

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CONNIE CARNELL GARTH** | ) |

### INDICTMENT

**COUNT ONE:**   [18 U.S.C. § 751(a)]

The Grand Jury charges:

That on or about the 11th day of January, 2007, in Talladega County, within the Northern District of Alabama, the defendant,

**CONNIE CARNELL GARTH,**

did knowingly escape from custody in the Federal Correctional Institute Talladega, Alabama, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Alabama upon conviction in case number 3:05-CR-00257-SLB-PWG for the commission of Conspiracy to Distribute

and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 United States Code, Sections 846 and 841(a)(1), and Money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(I) and 1957, in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

  /s/ *electronic signature*
FOREMAN OF THE GRAND JURY

                                    ALICE H. MARTIN
                                    United States Attorney

                                      /s/ *electronic signature*
                                    RUSSELL E. PENFIELD
                                    Assistant United States Attorney